IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSIE ROMERO,

    Plaintiff,

v.                                                                               No. 23-cv-0170 DHU/KK

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO, *et al*,

    Defendants.

### ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's Letter Regarding Civil Rights Claims (Doc. 1) (the "Letter"). Plaintiff is incarcerated and proceeding *pro se*. The Letter indicated he wishes to file a 42 U.S.C. § 1983 civil rights complaint. On February 28, 2023, the Clerk's Office sent Plaintiff a blank civil rights complaint and a blank motion to proceed *in forma pauperis*. Plaintiff must return the completed civil rights complaint by **April 17, 2023**. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between August 27, 2022, and February 27, 2023. *See* 28 U.S.C. § 1915(a)(2). The failure to timely comply with both directives may result in dismissal of this case without further notice.

**IT IS ORDERED** that, no later than **April 17, 2023**, Plaintiff must: (1) file a complaint on the § 1983 form; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches an account statement reflecting transactions between August 27, 2022, and February 27, 2023.

                                                                  _____
                                                                  KIRTAN KHALSA
                                                                  UNITED STATES MAGISTRATE JUDGE